Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Phone (559) 224-1800
Fax (559) 224-1806
E-Mail: serita@seritarioslaw.com

Attorney for Defendant STEPHEN ESCALANTE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Case No. 1:21-CR-00301-DAD-BAM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO MODIFY** |
| vs. ) | **CONDITION OF RELEASE** |
| ) | |
| STEPHEN ESCALANTE, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION

Defense Counsel, Serita Rios, and Assistant United States Attorney, Stephanie Stokman, hereby stipulate as follows:

1. On October 25, 2023, the Court ordered Defendant ESCALANTE's release on bond with several conditions.

2. One of the release conditions was that full equity property bonds be posted for two properties owned by Santiago Escobar and Alicia Hernandez.

3. While preparing the property bonds, defense counsel encountered an issue with Santiago Escobar's property. Specifically, defense counsel learned that the

property was also owned by Escobar's estranged wife who was unwilling to participate in the bond.

4.  The defense has proposed another full equity property bond for a residence owned by ESCALANTE's wife's maternal aunt, Enedina Machuca. The newly proposed property has over twice the amount of available equity than that of Escobar's property.

5.  The parties have agreed that a condition of release requiring that a full equity property bond be posted by Santiago Escobar be eliminated and replaced with a condition that a full equity property bond be posted by Enedina Machuca.

6.  All other conditions of release will remain in effect including the condition that a separate full equity property bond be posted by Alicia Hernandez.

7.  On November 2, 2023, Pretrial Services spoke with the defendant's aunt by marriage, Enedina "Nina" Machuca, regarding bond options. Ms. Machuca advised she is willing to post her property located at 650 Forest Lane in Sanger, California. She stated she is the sole owner of this property and has a mortgage balance of approximately $63,000. According to Zillow.com, the estimated value of the residence is $251,200 therefore it appears there is approximately $188,200 in available equity. Ms. Machuca is retired and receives approximately $2,650 per month between Social Security benefits and California State retirement pension. Pretrial Services believes Ms. Machuca is an appropriate surety.

Dated: November 2, 2023

*/s/ Serita Rios*
_____
**SERITA RIOS**
Attorney for Defendant

Dated: November 2, 2023

>  */s/ Stephanie M. Stokman*
> _____
> **STEPHANIE M. STOKMAN**
> Assistant United States Attorney

---

### ORDER

IT IS SO ORDERED that the condition of release requiring a full equity property bond be posted by Santiago Escobar be eliminated and replaced with a condition that a full equity property bond be posted by Enedina Machuca. All other conditions of release remain in effect, including the condition that a full equity property bond be posted by Alicia Hernandez.

IT IS SO ORDERED.

Dated:  **November 6, 2023**          /s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE