# UNITED STATES DISTRICT COURT

for the

## Eastern District of California

FILED

NOV 1 4 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ) ) |
| STEPHEN ESCALANTE | ) |
| _____ | ) |
| *Defendant* | ) |

Case No.   1:21-CR-00301 ADA BAM

## APPEARANCE AND COMPLIANCE BOND

### Defendant's Agreement

I,   STEPHEN ESCALANTE _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( ✔ ) to appear for court proceedings;

( ✔ ) if convicted, to surrender to serve a sentence that the court may impose; or

( ✔ ) to comply with all conditions set forth in any Order Setting Conditions of Release for me.

### Type of Bond

(   ) (1)  This is a personal recognizance bond.

( ┌ ) (2)  This is an unsecured bond of $ _____, with net worth of: $

( ✔ ) (3)  This is a secured bond of $   _Full equity property bond_ , secured by: Property posted by Enedina Machuca

( ┌ )  (a) $ _____, in cash deposited with the court.

( ✔ )  (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

_____

_____

( ┌ )  (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

_____

_____

_____

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11- EDCA [Fresno 11/13]) Appearance and Compliance Bond

**Release of the Bond.** The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property/Net Worth.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)     all owners of the property securing this appearance bond are included on the bond;

(2)     the property is not subject to claims, except as described above; and

(3)     I will not reduce my net worth, sell any property, allow further claims to be made against any property, or do anything to reduce the value while this Appearance and Compliance Bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance and Compliance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: *10-25-23*

*[signature]*
_____
Defendant's signature

*Alicia Hernandez*
_____
Surety/property owner – printed name

*[signature]*
_____
Surety/property owner – signature and date

*Eredina Machuca*
_____
Surety/property owner – printed name

*[signature] Eredina Machuca*
_____
Surety/property owner – signature and date

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

CLERK OF COURT

Date: _____

_____
Signature of Clerk or Deputy Clerk

Approved.

Date: _____

_____
United States Magistrate Judge Erica P. Grosjean

AO 98 (Rev. 12/11- EDCA [Fresno 11/13])  Appearance and Compliance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property/Net Worth.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not reduce my net worth, sell any property, allow further claims to be made against any property, or do anything to reduce the value while this Appearance and Compliance Bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance and Compliance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: _____

_____
                            *Defendant's signature*

_____
    *Surety/property owner – printed name*

_____
    *Surety/property owner – signature and date*

_____
    *Surety/property owner – printed name*

_____
    *Surety/property owner – signature and date*

_____
    *Surety/property owner – printed name*

_____
    *Surety/property owner – signature and date*

CLERK OF COURT

_____
    *Signature of Clerk or Deputy Clerk*

Date: 11/14/2023

Approved.

Date: 11/14/2023

_____
    *United States Magistrate Judge Erica P. Grosjean*