Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Phone (559) 224-1800
Fax (559) 224-1806
E-Mail: serita@seritarioslaw.com

Attorney for Defendant STEPHEN ESCALANTE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,  <br><br>  Plaintiff,  <br><br> vs.  <br><br> STEPHEN ESCALANTE,  <br><br>  Defendant. | Case No.  1:21-CR-00301-NODJ-BAM  <br><br> **STIPULATION TO EXCLUDE TIME & CONTINUE STATUS CONFERENCE HEARING; ORDER**  <br><br> Date: June 26, 2024  <br> Time: 1:00 p.m.  <br> Court: Hon. Barbara A. McAuliffe |

This matter is set for a status conference hearing on June 26, 2024. As set forth below, the parties now move, by stipulation, to continue the status conference hearing to September 11, 2024.

### STIPULATION

Defense Counsel, Serita Rios, and Assistant United States Attorney, Stephanie Stokman, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference hearing on June 26, 2024.

STIPULATION TO EXCLUDE TIME & CONTINUE STATUS CONFERENCE HEARING

-1-

2. Through this stipulation, defendant moves to continue the status conference hearing to September 11, 2024, and to exclude time between June 26, 2024, and September 11, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

    a. Counsel for defendant desires additional time to obtain and review discovery, consult with defendant, conduct investigation and to discuss potential resolution with the government.

    b. The government is currently compiling supplemental discovery based on discovery requests made by defense counsel.

    c. Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq., within which trial must commence, the time period of June 26, 2024 to September 11, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§3161(h)(7)(A) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: June 13, 2024

/s/ Serita Rios
_____
**Serita Rios**
Attorney for Defendant

Dated: June 13, 2024

/s/ Stephanie M. Stokman
_____
**Stephanie M. Stokman**
Assistant U.S. Attorney

---

### **ORDER**

IT IS SO ORDERED that the status conference is continued from June 26, 2024, to **September 11, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: **June 13, 2024**     /s/ Barbara A. McAuliffe
                             UNITED STATES MAGISTRATE JUDGE