**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**P.O. Box 688**
**Fresno, California 93712**
**Phone (559) 224-1800**
**Fax (559) 224-1806**
**E-Mail: serita@seritarioslaw.com**

Attorney for Defendant STEPHEN ESCALANTE

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>                   vs.<br><br>STEPHEN ESCALANTE,<br><br>                                    Defendant. | Case No.  1:21-CR-00301-NODJ-BAM<br><br>**STIPULATION TO EXCLUDE TIME &**<br>**CONTINUE STATUS CONFERENCE**<br>**HEARING; AND ORDER**<br><br>Date: September 11, 2024<br>Time: 1:00 p.m.<br>Court: Hon. Barbara A. McAuliffe |

This matter is set for a status conference hearing on September 11, 2024. As set forth below, the parties now move, by stipulation, to continue the status conference hearing to December 11, 2024.

<u>**STIPULATION**</u>

Defense Counsel, Serita Rios, and Assistant United States Attorney, Stephanie Stokman, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference hearing on September 11, 2024.

2.      Through this stipulation, defendant moves to continue the status conference hearing to December 11, 2024, and to exclude time between September 11, 2024, and December 11, 2024.

**STIPULATION TO EXCLUDE TIME & CONTINUE STATUS CONFERENCE HEARING**

3.      The parties agree and stipulate, and request that the Court find the following:

a.      Counsel for defendant desires additional time to obtain and review discovery, consult with defendant, conduct investigation and to discuss potential resolution with the government.

b.      The government is currently compiling supplemental discovery based on discovery requests made by defense counsel.

c.      Once the supplemental discovery has been received and reviewed, the parties intend to engage in settlement negotiations and work towards a case disposition.

d.      If there is not a plea agreement in process by the next status conference hearing the parties will request a trial date.

e.      Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq., within which trial must commence, the time period of September 11, 2024 to December 11, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§3161(h)(7)(A) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**STIPULATION TO EXCLUDE TIME & CONTINUE STATUS CONFERENCE HEARING**

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: September 3, 2024

*/s/ Serita Rios*
_____
**Serita Rios**
Attorney for Defendant

Dated: September 3, 2024

*/s/ Stephanie M. Stokman*
_____
**Stephanie M. Stokman**
Assistant U.S. Attorney

_____

## **ORDER**

IT IS SO ORDERED that the status conference is continued from September 11, 2024, to **December 11, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing.

IT IS SO ORDERED.

Dated:   __September 3, 2024__          ___/s/ Barbara A. McAuliffe___
                                        UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO EXCLUDE TIME & CONTINUE STATUS CONFERENCE HEARING**