Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Phone (559) 224-1800
Fax (559) 224-1806
E-Mail: serita@seritarioslaw.com

Attorney for Defendant STEPHEN ESCALANTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       vs.<br><br>STEPHEN ESCALANTE,<br><br>                    Defendant. | Case No.  1:21-CR-00301-NODJ-BAM<br><br>**STIPULATION TO EXCLUDE TIME & CONTINUE STATUS CONFERENCE HEARING; AND ORDER**<br><br>Date: December 11, 2024<br>Time: 1:00 p.m.<br>Court: Hon. Barbara A. McAuliffe |

This matter is set for a status conference hearing on December 11, 2024. As set forth below, the parties now move, by stipulation, to continue the status conference hearing to April 9, 2025.

### STIPULATION

Defense Counsel, Serita Rios, and Assistant United States Attorney, Stephanie Stokman, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference hearing on December 11, 2024.

2. Through this stipulation, the parties move to continue the status conference hearing to April 9, 2025, and to exclude time between December 11, 2024, and April 9, 2025.

STIPULATION TO EXCLUDE TIME & CONTINUE STATUS CONFERENCE HEARING

-1-

3. The parties agree and stipulate, and request that the Court find the following:

    a. Counsel for defendant desires additional time to obtain and review discovery, consult with defendant, conduct investigation and to discuss potential resolution with the government.

    b. Defense counsel has previously made a request for supplemental discovery.

    c. The government has been compiling supplemental discovery based on defense counsel's request. On December 3, 2024, the government provided supplemental discovery to defense counsel.

    d. Once the supplemental discovery has been reviewed, defense counsel will conduct further investigation, if necessary, request additional discovery if warranted, and engage in settlement negotiations with the government to work towards a case disposition.

    e. If there is not a plea agreement in process by the next status conference hearing the parties will request a trial date.

    f. Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    g. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    h. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq., within which trial must commence, the time period of December 11, 2024 to April 9, 2025, inclusive, is deemed excludable pursuant to 18

**STIPULATION TO EXCLUDE TIME & CONTINUE STATUS CONFERENCE HEARING**

U.S.C. §3161(h)(7)(A) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: December 4, 2024

      */s/ Serita Rios*
      _____
      **Serita Rios**
      Attorney for Defendant

Dated: December 4, 2024

      */s/ Stephanie M. Stokman*
      _____
      **Stephanie M. Stokman**
      Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED that the status conference is continued from December 11, 2024, to **April 9, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing.

IT IS SO ORDERED.

Dated: **December 4, 2024**      /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO EXCLUDE TIME & CONTINUE STATUS CONFERENCE HEARING**