1  MICHELE BECKWITH
   Acting United States Attorney
2  STEPHANIE M. STOKMAN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 1:21-CR-00301-NODJ-BAM
   |                                  |
12 |            Plaintiff,            | STIPULATION REGARDING EXCLUDABLE
   |                                  | TIME PERIODS UNDER SPEEDY TRIAL ACT;
13 |       v.                         | FINDINGS AND ORDER
   |                                  |
14 | STEPHEN ESCALANTE,               |
   |                                  |
15 |            Defendant.            |

16
                              **STIPULATION**
17
         Plaintiff United States of America, by and through its counsel of record, and defendant, by and
18
   through defendant's counsel of record, hereby stipulate as follows:
19
         1.    By previous order, this matter was set for status conference on April 9, 2025.
20
         2.    By this stipulation, the parties now move to vacate and continue the status conference
21
   date for a change of plea until July 14, 2025.
22
         3.    The parties agree and stipulate, and request that the Court find the following:
23
              a)    A plea agreement has been filed in this matter, and the parties agree that a date of
24
   July 14, 2025, is warranted for a change of plea. Prior to filing this stipulation, the parties
25
   conferred with the courtroom deputy for the assigned district court judge, who indicated this date
26
   is available for a change of plea.
27
              b)    The parties stipulate that the period of time until July 14, 2025, is deemed
28
   excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it

results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  March 11, 2025 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ STEPHANIE M. STOKMAN<br>STEPHANIE M. STOKMAN<br>Assistant United States Attorney |
| Dated:  March 11, 2025 | /s/ SERITA RIOS<br><br>SERITA RIOS<br>Counsel for Defendant<br>STEPHEN ESCALANTE |

### **ORDER**

IT IS SO ORDERED that the status conference set for April 9, 2025, is vacated. A change of plea hearing is set for **July 14, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **March 11, 2025**                    /s/ Barbara A. McAuliffe
                                                                UNITED STATES MAGISTRATE JUDGE