Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, CA 93712-688
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant STEPHEN ESCALANTE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:21-CR-00301-DAD-BAM-2 |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE INVESTIGATION SCHEDULE; ORDER** |
| vs. | |
| STEPHEN ESCALANTE, | Date: October 20, 2025 |
| Defendant. | Time: 10:00 a.m. |
| | Court: Hon. Dale A. Drozd |

This matter is set for sentencing on October 20, 2025. As set forth below, the parties now move, by stipulation, to continue the sentencing hearing to February 9, 2026. Serita Rios, defense counsel for Mr. Escalante has requested additional time to prepare for sentencing. The Probation Officer assigned to this matter, Ross Micheli, has been notified of this stipulation and is in agreement with the proposed sentencing date and schedule.

IT IS HEREBY STIPUALTED by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above-captioned matter currently set for October 20, 2024, be continued to February 9, 2026, at 10:00AM in Courtroom 5 before District Judge Dale A. Drozd in Fresno. The parties

agree that time be excluded in the interests of justice pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(i)(ii).

IT IS FURTHER STIPULATED that the Presentence Investigation Schedule be modified as follows:

| | |
|---|---|
| Judgement and Sentencing Date: | February 9, 2026 |
| Reply or Statement of Non-Opposition: | February 2, 2026 |
| Formal Objections to the PSR shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | January 26, 2026 |
| Final PSR shall be filed with the Court and disclosed to counsel no later than: | January 19, 2026 |
| Informal Objections to the PSR shall be delivered to the Probation Officer and opposing counsel no later than: | January 12, 2026 |
| Draft PSR shall be disclosed to counsel no later than: | December 29, 2025 |

**IT IS SO STIPULATED.**

Dated: October 1, 2025

                            */s/ Serita Rios*
                            ————————————————
                            **Serita Rios**
                            Attorney for Defendant

Dated: October 1, 2025

                            */s/ Stephanie Stokman*
                            ————————————————
                            **Stephanie M. Stokman**
                            Assistant U.S. Attorney

///

///

///

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for October 20, 2025, is continued to February 9, 2026, at 10:00 a.m. in Fresno and the presentence related filing dates proposed by the parties are adopted.

IT IS SO ORDERED.

Dated:   **October 3, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE