Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, CA 93712-688
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant STEPHEN ESCALANTE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>STEPHEN ESCALANTE,<br><br>    Defendant. | Case No.  1:21-CR-00301-DAD-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE INVESTIGATION SCHEDULE; ORDER**<br><br>Date: February 9, 2026<br>Time: 10:00 a.m.<br>Court: Hon. Dale A. Drozd |

This matter is set for sentencing on February 9, 2026. As set forth below, the parties now move, by stipulation, to continue the sentencing hearing to April 6, 2026. Mr. Escalante's son was recently involved in a serious accident and suffered a traumatic brain injury. Defense counsel is requesting additional time to review the draft Presentence Investigative Report with Mr. Escalante and prepare for sentencing. The Probation Officer assigned to this matter, Ross Micheli, has been notified of this stipulation and is in agreement with the proposed sentencing date and schedule.

IT IS HEREBY STIPUALTED by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above-captioned matter currently set for February 9, 2026, be continued to April 6, 2026, at 10:00 AM in Courtroom 5 before District Judge Dale A. Drozd in Fresno. The parties agree that

**STIPULATION TO CONTINUE SENTENCING AND MODIFY PRESENTENCE INVESTIGATION SCHEDULE**

time be excluded in the interests of justice pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(i)(ii).

IT IS FURTHER STIPULATED that the Presentence Investigation Schedule be modified as follows:

| | |
|---|---|
| Judgement and Sentencing Date: | April 6, 2026 |
| Reply or Statement of Non-Opposition: | March 30, 2026 |
| Formal Objections to the PSR shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | March 23, 2026 |
| Final PSR shall be filed with the Court and disclosed to counsel no later than: | March 16, 2026 |
| Informal Objections to the PSR shall be delivered to the Probation Officer and opposing counsel no later than: | March 9, 2026 |

**IT IS SO STIPULATED.**

Dated: January 12, 2026

*/s/ Serita Rios*

_____

**Serita Rios**
Attorney for Defendant

Dated: January 12, 2026

*/s/ Antonio Pataca*

_____

**Antonio Pataca**
Assistant U.S. Attorney

**STIPULATION TO CONTINUE SENTENCING AND MODIFY PRESENTENCE INVESTIGATION SCHEDULE**

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for February 9, 2026, is continued to April 6, 2026, at 10:00 a.m. in the Fresno courthouse and the presentence report related filing dates proposed by the parties are adopted.

IT IS SO ORDERED.

Dated:   **January 12, 2026**           _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

**STIPULATION TO CONTINUE SENTENCING AND MODIFY PRESENTENCE INVESTIGATION SCHEDULE**