**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**1435 L Street**
**Fresno, California 93721**
**Phone: (559) 224-1800**
**Fax: (559) 224-1806**
**Email: serita@seritarioslaw.com**

Attorney for Defendant STEPHEN ESCALANTE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>STEPHEN ESCALANTE,<br>Defendant. | Case No. 1:21-CR-00301-DAD<br>**MOTION TO EXONERATE PROPERTY BONDS; ORDER** |

Defendant, Stephen Escalante, through counsel, respectfully moves for an order exonerating the property bonds posted to secure his release on pretrial supervision. This motion is made under Federal Rule of Criminal Procedure 46(g), the Court's authority over the conditions of release, the Judgment, and the record in this case.

On November 14, 2023, the Court released Mr. Escalante subject to conditions that included two full-equity property bonds posted by Alicia Hernandez and Enedina Machuca on November 14, 2023. On April 9, 2026, Mr. Escalante was sentenced to 120 months of imprisonment. Mr. Escalante surrendered to the Bureau of Prisons on August 19, 2026.

Federal Rule of Criminal Procedure 46(g) requires the Court to exonerate a surety and release bail when a bond condition has been satisfied. The purpose of the

property bonds was to assure Mr. Escalante's appearance and surrender. That purpose has been fulfilled. Mr. Escalante respectfully requests that the Court exonerate the property bonds posted by Alicia Hernandez (Deed of Trust No. 2023-0105040) and Enedina Machuca (Deed of Trust No. 2023-0105041). It is further requested that the Court release, discharge, reconvey, or return any deeds of trust, notes, liens, or other documents held as security for those bonds to the property owners.

Dated: September 21, 2026

Respectfully Submitted,

*/s/ Serita Rios*

**Serita Rios**
Attorney for Defendant

---

**ORDER**

The property bonds posted by Alicia Hernandez (Dkt #37 Deed of Trust No. 2023-0105040) and Enedina Machuca (Dkt #38 Deed of Trust No. 2023-0105041), to secure Defendant, Stephen Escalante's appearance, are exonerated. The Clerk of Court is directed to release, discharge, reconvey, or return any deeds of trust, notes, liens, or other property-security documents held in connection with these bonds to the appropriate owners, and to take any other ministerial steps necessary to release the property security of record. The deeds should be mailed to counsel Serita Rios, at Law Office of Serita Rios, 1435 L Street, Fresno, CA 93721, so that she may distribute them to the property owners.

IT IS SO ORDERED.

Dated: **September 21, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE